United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. L. HOWZE,

        Plaintiff,

    v.

JANE DOE, et al.,

        Defendants.

Case No. 19-cv-02174-RS (PR)

**ORDER REOPENING ACTION**

Plaintiff's motion to reopen this action is GRANTED. (Dkt. No. 19.) The stay is DISSOLVED and the action is REOPENED. The Clerk is directed to modify the docket to reflect this.

Plaintiff's *in forma pauperis* application and complaint will be reviewed in separate orders. The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** August 10, 2020

_____
RICHARD SEEBORG
United States District Judge