UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. L. HOWZE,<br><br>    Plaintiff,<br><br>  v.<br><br>MAURICIO MARTINEZ,<br><br>    Defendant. | Case No. 19-cv-02174-RS (PR)<br><br>**ORDER DISSOLVING STAY AND REOPENING ACTION;**<br><br>**ORDER OF DISMISSAL** |

This action was stayed for purposes of settlement. (Dkt. No. 84.) The matter has settled. (Dkt. No. 88.) The stay is DISSOLVED and the action is REOPENED. The Clerk shall modify the docket to reflect that this action is reopened.

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 87.) The Clerk shall enter judgment accordingly, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 27, 2023

                _____
                RICHARD SEEBORG
                Chief United States District Judge